IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00013-MP-AK

DONALD MARTIN, JR.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 46, Motion to Allow Contact Visitation, filed by Defendant Donald Martin, Jr. In his Motion, Defendant Martin requests that he be allowed to have contact visitation with his wife and children. Defendant represents that neither the administrators at the Dixie County Jail, nor the U.S. Marshal Service opposes Mr. Martin having contact visitation with his children. Therefore, the Court will defer the decision in this matter to the U.S. Marshal Service and the Dixie County Jail authorities to implement any contact visitation according to their respective jail policies.

    **DONE AND ORDERED** this  *20th* day of September, 2007

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge