IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00013-MP-AK

DONALD MARTIN, JR.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 73, Motion to Continue Sentencing, filed by Defendant Donald Martin, Jr.  In the motion, Defendant stated that he is currently cooperating with the Government pursuant to his plea and cooperation agreement.  Because of this, Defendant requests that his sentencing hearing, currently scheduled for January 17, 2008, be continued so that the Government may better evaluate his assistance. The Government does not object to Defendant's request.  Therefore, the motion is granted, and the sentencing hearing is continued to Friday, February 29, 2008, at 10:00 a.m.

    **DONE AND ORDERED** this *16th* day of January, 2008

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge